RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 2/16/11
BY _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

WASHINGTON MCCASKILL      DOCKET NO. 10-CV-1175; SEC. P
FED. REG.#28453-034

VERSUS      JUDGE TRIMBLE

USA & BUREAU OF PRISONS      MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED THAT the Petition for Writ of Habeas Corpus be DENIED and DISMISSED with prejudice.

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 16th day of February 2010.

James T. Trimble
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE